Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HANSEN, | Case No. CV 07-2003-R (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL G. ADAMS, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 6, 2008.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HANSEN, A 2003\Judgment.wpd